UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAMELA CASTLE

VERSUS

MARCELLA, BONNESON, JOHN
CHRISTNER TRUCKING, INC., &
ACE AMERICAN INSURANCE COMPANY

CIVIL ACTION

NUMBER 10-175-FJP-DLD

**ORDER**

This matter is before the Court on the motion by plaintiff to appoint a curator to represent the defendant Marcella Bonneson.[1] Pursuant to the authority granted to the Court under Article 5091 of the Louisiana Code of Civil Procedure, through the *Erie* Doctrine,[2] and for the reasons set forth in plaintiff's motion, the motion is granted.

The Court hereby appoints Ian Hipwell of the Manasseh, Gill, Knipe & Belanger law firm, as curator to represent the defendant Marcella Bonneson in the above referenced matter.

IT IS FURTHER ORDERED that, pursuant to Article 5096 of the Louisiana Code of Civil Procedure, the appointed attorney shall be

---

[1]Rec. Doc. No. 17.

[2]See, *Erie R. Co. v. Tompkins*, 304 U.S. 64, 585 S.Ct. 817, 82 L.Ed. 1188 (1938).

Doc#47829

Finance

allowed a reasonable fee for his services, "which shall be paid for by the plaintiff, but shall be taxed as costs of court."

It is so ordered.

Baton Rouge, Louisiana, April 24, 2012.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47829 2