UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAMELA CASTLE

VERSUS

MARCELLA BONNESEN ET AL

CIVIL ACTION

NO. 10-175-BAJ-RLB

## VERDICT FORM

1. Do you find that the Plaintiff has proven, by a preponderance of the evidence, that Marcella Bonnesen was negligent under Louisiana law?
   Answer: Yes _____ or No ___✓___

If you answered "Yes" to Interrogatory No. 1, go to Interrogatory No. 2.
If you answered "No" to Interrogatory No. 1, PROCEED NO FURTHER. Have the foreperson sign and date the last page and return to the courtroom.

2. Do you find that the plaintiff has proven, by a preponderance of the evidence, that such negligence of Marcella Bonnesen was a legal cause of the plaintiff's damages, if any?
   Answer: Yes _____ or No _____

If you answered "Yes" Interrogatory No. 2, go to Interrogatory No. 3.
If you answered "No" to Interrogatory No. 2, PROCEED NO FURTHER. Have the foreperson sign and date the last page and return to the courtroom.

3. Do you find from a preponderance of the evidence that Pamela Castle was negligent under Louisiana law?
   Answer: Yes _____ or No _____

1

If you answered "Yes" to Interrogatory No. 3, go to Interrogatory No. 4.
If you answered "No" to Interrogatory No. 3, go to Interrogatory No. 6.

4. Do you find from a preponderance of the evidence that such negligence of Pamela Castle was a legal cause of her own damages, if any?
   Answer: Yes _____ or No _____

Go to Interrogatory No. 5.

5. If you have decided by a preponderance of the evidence that the plaintiff was negligent under Louisiana law and that such negligence was a legal cause of plaintiff's damages, if any, what percentage of plaintiff's damages, if any, do you find from a preponderance of the evidence to have been legally caused by the negligence, if any, of the following? (The total must equal 100%)

   Answer in %:

   Marcella Bonnesen        _____%

   Pamela Castle            _____%

   Total                    _____100%

   Go to Interrogatory No. 6.

6. Without regard to any percentages that you may have given in your answer to Interrogatory No. 5, state the entire amount of damages, if any, which Pamela Castle sustained as a result of the accident on January 21, 2009:

   (If you make no award for a particular category, please write "zero" in the blank.)

2

(a) **Past/Present/Future** Mental Pain and Suffering:

$ _____

(b) **Past/Present/Future** Physical Pain and Suffering:

$ _____

(c) **Past** Medical Expenses:

$ _____

(d) **Past/Present/Future** Loss of Enjoyment of Life:

$ _____

TOTAL                $ _____


SIGN, DATE, AND NOTIFY THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.

SO SAY WE ALL,

*[signature]*
FOREPERSON
9-5-13
DATE