UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAMELA CASTLE

VERSUS

JOHN CHRISTNER TRUCKING, INC.
ACE AMERICAN INSURANCE COMPANY
MARCELLA BONNESEN

CIVIL ACTION

NUMBER 10-00175-BAJ

## JUDGMENT

This cause came on before the Court, Honorable Brian A. Jackson, presiding, the jury having rendered its verdict on September 5, 2013;

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of the Defendants, John Christner Trucking, Inc., Ace American Insurance Company and Marcella Bonnesen, and against the Plaintiff, Pamela Castle, and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, September 10, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA